UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA C. REED,<br><br>   Plaintiff,<br><br> v.<br><br>WILMINGTON TRUST, N.A., et al.,<br><br>   Defendants. | Case No. 16-cv-01933-JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 11 |

Plaintiff has filed an application for a temporary restraining order, by which she seeks to prevent a trustee's sale regarding real property located at 840 Glen Drive, San Leandro, which is scheduled for May 9, 2016.[1] It is HEREBY ORDERED that Defendants shall file a response to Plaintiff's application by 10:00 a.m. on Monday, May 2, 2016. Plaintiff shall file a reply by 10:00 a.m. on Tuesday, May 3, 2016. The Court shall hold a hearing on May 4, 2016 at 10:00 a.m. If the Court finds the application suitable for disposition without oral argument, it will notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated: April 29, 2016

                _____
                JEFFREY S. WHITE
                United States District Judge

---

[1] This case was removed from the Superior Court of the State of California, Alameda County on April 12, 2016. On March 24, 2016, the state court issued a temporary restraining order enjoining defendants from completing the foreclosure until April 29, 2016.