PHILIP BARILOVITS (SBN 199944)
pbarilovits@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendants WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2; OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA C. REED, | Case No. 4:16-cv-01933-JSW |
| Plaintiff, | **NOTICE IN RESPONSE TO COURT'S MINUTE ORDER** |
| vs. | |
| WILMINGTON TRUST, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE ARLP SECURITIZATION TRUST 2014-2; OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

Defendants hereby state that they believe an agreement has been reached with Plaintiff regarding payment.  An email to counsel for Plaintiff was sent today accepting the amount offered.  A response was received only minutes ago, but given the late hour, there is insufficient time before close of business to review and negotiate the language offered by Plaintiff in the Stipulation.  However, Defendants believe substantive terms have been agreed to.

DATED:  May 5, 2016                    HINSHAW & CULBERTSON LLP

By:  /s/ *Philip Barilovits*
PHILIP BARILOVITS
Attorneys for Defendants WILMINGTON TRUST, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2; OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.